IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:08cv0027 SWW |
| | * | |
| | * | |
| | * | |
| NORTH ARKANSAS WOOD, INC.; | * | |
| JO ANN PETRAY; AND | * | |
| DELTIC TIMBER CORPORATION, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that the motion for summary judgment [doc.#30] filed by

Nautilus Insurance Company be and it hereby is granted and this action dismissed.

IT IS SO ORDERED this 17th day of December 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE